IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PAIGE VORARATH     PLAINTIFF
o/b/o TYLER VORARATH

v.     CIVIL NO. 21-5001

ANDREW M. SAUL, Commissioner
Social Security Administration     DEFENDANT

## O R D E R

On January 4, 2021, Plaintiff filed a Complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of a decision of the Commissioner of the Social Security Administration. (Doc. 2). Plaintiff filed a request for leave to proceed *in forma pauperis* (IFP) on January 5, 2021. (Doc. 3). After review, it is found that Plaintiff is unable to pay for the costs of commencement of suit and, accordingly, the following order is entered this 5th day of January 2021:

IT IS HEREBY ORDERED that Plaintiff's motion for leave to proceed *in forma pauperis* is granted. The Court hereby directs that a copy of the complaint, along with a copy of this order, be served by the Plaintiff by certified mail, return receipt requested, on the Defendant, Andrew M. Saul, Commissioner, Social Security Administration, as well as, Jeff Rosen, Acting U.S. Attorney General, and Candace Taylor, Assistant U.S. Attorney. The Defendant is ordered to answer within sixty (60) days from the date of service.

IT IS SO ORDERED.

/s/ *Erin L. Wiedemann*
HON. ERIN L. WIEDEMANN
UNITED STATES MAGISTRATE JUDGE