IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PAIGE VORARATH                                                                          PLAINTIFF
o/b/o TYLER VORARATH

    v.                                              CIVIL NO. 21-5001

ANDREW M. SAUL, Commissioner
Social Security Administration                                                          DEFENDANT

## O R D E R

    Before the Court is Defendant's Unopposed Motion for Extension of Time to File an Answer. (Doc. 8). For good cause shown, and there being no objection thereto, the Court hereby grants the motion. Defendant shall file a responsive pleading by no later than, July 20, 2021.

    IT IS SO ORDERED this 21st day of May 2021.


                                                      /s/ *Christy Comstock*
                                                      HON. CHRISTY COMSTOCK
                                                      UNITED STATES MAGISTRATE JUDGE