IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PAIGE VORARATH                                                                                  PLAINTIFF
o/b/o TYLER VORARATH

    v.                                        CIVIL NO. 21-5001

KILOLO KIJAKAZI[1], Acting Commissioner                                         DEFENDANT
Social Security Administration

## ORDER

Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File a Brief. (ECF No. 13). For good cause shown, and there being no objection thereto, the Court hereby grants the motion. Plaintiff shall file a brief by no later than, August 25, 2021. Defendant shall file a responsive pleading by no later than September 24, 2021.

IT IS SO ORDERED this 26th day of July 2021.

                         /s/ *Christy Comstock*
                         HON. CHRISTY COMSTOCK
                         UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi has been appointed to serve as the Acting Commissioner of Social Security, and is substituted as Defendant, pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure.