IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

PAIGE VORARATH                                                                                    PLAINTIFF
o/b/o TYLER VORARATH

    v.                                          CIVIL NO. 21-5001

ANDREW M. SAUL, Commissioner
Social Security Administration                                                          DEFENDANT

## AMENDED O R D E R

    Before the Court is Plaintiff's Unopposed Motion for Extension of Time to File a Brief. (ECF No. 13). For good cause shown, and there being no objection thereto, the Court hereby grants the motion. Plaintiff shall file a brief by no later than October 18, 2021. Defendant shall file a responsive pleading by no later than, November 17, 2021.

    IT IS SO ORDERED this 2nd day of September 2021.


                                                     /s/ *Christy Comstock*
                                                   HON. CHRISTY COMSTOCK
                                                   UNITED STATES MAGISTRATE JUDGE